# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2632
LT Case No. 16-2016-DR-2023

_____

MITCHELL WILLIAMS,

    Appellant,

    v.

LINDA WILLIAMS c/o The ESTATE
of LINDA WILLIAMS,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Lance Manning Day, Judge.

Michael A. Tupper, of Tupper Law, P.A., Jacksonville, for
Appellant.

Summer N. Boyd, of Law Office of Summer Boyd, Jacksonville,
for Appellee.

September 30, 2025

PER CURIAM.

    AFFIRMED.

EISNAUGLE, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____